# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMIE B. MITCHELL

NO. 2024 KW 0102

**JUNE 13, 2024**

---

In Re:    Jamie B. Mitchell, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 08-WFLN-070.

---

**BEFORE:    THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT GRANTED.** The court, on its own motion, or upon receiving a report recommending revocation or other disposition from the conditional release program coordinator, shall immediately hold a hearing to consider the violations listed. See La. Code Crim. P. art. 658(B)(6). The writ application is devoid of any evidence of a hearing prior to the court's decision to recommit relator to the state mental institution. Accordingly, this matter is remanded to the district court for the sole purpose of holding a hearing in compliance with the applicable law, if it has not already done so. A copy of the hearing transcript and the district court's judgment on the probation revocation must be filed with this court by September 10, 2024.

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT